Spencer T. Kuvin (SBN 89737)
SKuvin@800goldlaw.com
Law Offices of Craig Goldenfarb, P.A.
1800 S. Australian Avenue, Suite 400
West Palm Beach, FL 33409
Tel: 561-697-4440
Fax: 561-687-1950

Tiffany T. Chung (SBN 275981)
Tiffany@chunglegal.com
Law Offices of Tiffany Chung
9701 Wilshire Blvd., # 1000
Beverly Hills, CA 90212
Tel: 310-363-0327
Fax: 888-402-2078

*Attorneys for Plaintiff*
CHLOE GOINS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE GOINS,<br><br>          Plaintiff(s),<br><br>vs.<br><br>WILLIAM HENRY "BILL" COSBY, JR. ("BILL COSBY"),<br><br>          Defendant(s). | Case No. 2:15-CV-07817 SVW (AGRx)<br><br>Assigned to: Judge Stephen V. Wilson<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)** |

PLEASE TAKE NOTICE that the above entitled action, <u>Goins v. Cosby</u>, is hereby dismissed without prejudice by Plaintiff, Chloe Goins pursuant to F.R.Civ.P. 41(a).

Dated: February 2, 2016              Respectfully Submitted,


By: ____/s/_____
      SPENCER T. KUVIN
      Attorney for Plaintiff